AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

**JESSE BRAKEALL,**

        **Petitioner,**

**JUDGMENT IN A CIVIL CASE**

**vs.**

**CASE NO. C2-10-740**

**WARDEN, ROSS**         **JUDGE EDMUND A. SARGUS, JR.**
**CORRECTIONAL INSTITUTION,**         **MAGISTRATE JUDGE TERENCE P. KEMP**

        **Respondent.**

___     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Opinion and Order filed October 6, 2011, JUDGMENT is hereby entered DISMISSING this case.**

Date: October 6, 2011         JAMES BONINI, CLERK

        */S/ Andy F. Quisumbing*
        (By) Andy F. Quisumbing
        Courtroom Deputy Clerk